■ In the Matter of VICTOR TORRES, Petitioner, v PHILIP COOMBE, as Acting Commissioner of the Department of Correctional Services, Respondent. [654 NYS2d 699] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney-General has advised this Court by letter that respondents are not submitting a brief and requests that this proceeding be dismissed as moot inasmuch as the determination under review has been administratively reversed and expungement has been directed. Because petitioner has received all the relief to which he is entitled, the matter is moot and the petition is dismissed (*see, Matter of Martin v Henderson*, 159 AD2d 867).

Cardona, P. J., Mikoll, Crew III, Casey and Yesawich Jr., JJ., concur. Ordered that the petition is dismissed, as moot, without costs.